NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**V.O.S. SELECTIONS, INC., PLASTIC SERVICES AND PRODUCTS, LLC, DBA GENOVA PIPE, MICROKITS, LLC, FISHUSA INC., TERRY PRECISION CYCLING LLC,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, PETE R. FLORES, ACTING COMMISSIONER FOR UNITED STATES CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER OF THE UNITED STATES CUSTOMS AND BORDER PROTECTION, JAMIESON GREER, IN HIS OFFICIAL CAPACITY AS UNITED STATES TRADE REPRESENTATIVE, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, HOWARD LUTNICK, IN HIS OFFICIAL CAPACITY AS SECRETARY OF COMMERCE, UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellants*

———————————

2025-1812

———————————

Appeal from the United States Court of International Trade in No. 1:25-cv-00066-GSK-TMR-JAR, Judge Gary S. Katzmann, Judge Timothy M. Reif, and Senior Judge Jane A. Restani.

----------------------------------------------------

**STATE OF OREGON, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF VERMONT,**
*Plaintiffs-Appellees*

**v.**

**PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, PETE R. FLORES, ACTING COMMISSIONER FOR UNITED STATES CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION, UNITED STATES,**
*Defendants-Appellants*

————————————

2025-1813

————————————

Appeal from the United States Court of International Trade in No. 1:25-cv-00077-GSK-TMR-JAR, Judge Gary S. Katzmann, Judge Timothy M. Reif, and Senior Judge Jane A. Restani.

---

## ON MOTION

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

## O R D E R

In the above-captioned cases, the United States Court of International Trade entered judgment against the United States and permanently enjoined certain Executive Orders imposing various tariffs. The United States moves to consolidate its appeals from those rulings and has applied for this court to stay the judgment and injunction pending these appeals and for an immediate administrative stay while the court considers that motion. The United States's request for the Court of International Trade to grant the same relief remains pending before that court.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions to consolidate are granted. The appeals are consolidated, such that only one set of briefs should be filed for the appeals. The revised official caption for the consolidated appeals is reflected in this order.

(2) The request for an immediate administrative stay is granted to the extent that the judgments and the permanent injunctions entered by the Court of International Trade in these cases are temporarily stayed until further notice while this court considers the motions papers.

---

[1]    Circuit Judge Newman did not participate.

4                                    V.O.S. SELECTIONS, INC. v. TRUMP

(3)  The parties are directed to immediately inform this court of any action taken by the Court of International Trade on the United States's pending stay motions.

(4)  The plaintiffs-appellees are directed to respond to the United States's motions for a stay no later than June 5, 2025.  The United States may file a single, consolidated reply in support no later than June 9, 2025.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 29, 2025
Date